**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AASHISH K. JAIN, ) <br> ) <br> M. ESHWAR RAO ) <br> a/k/a: "Kevin Meyers," and ) <br> ) <br> MOISES A. SANABRIA. ) <br> ) <br> Defendant. ) | CASE NUMBER: 22-30063-SPM <br><br> Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and 846. <br><br> Title 18, United States Code, Section 1956(a)(1)(B)(i) and (h). |

**FILED**
OCT 18 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### DISTRIBUTION OF A CONTROLLED SUBSTANCE: FENTANYL

On or about June 11, 2019, in Madison County, within the Southern District of Illinois,

**M. ESHWAR RAO**
**a/k/a "Kevin Meyers"**

defendant herein, did unlawfully, knowingly, and intentionally distribute pills containing N-(1-Phenethylpiperidin-4-yl)-N-phenylfuran-2-carboxamide (Furanyl Fentanyl), a Schedule I controlled substance analogue, as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption, as provided in 21 U.S.C. § 813, all in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT 2
### CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES: FENTANYL AND TAPENTADOL

Beginning on or about January 1, 2018, and continuing until on or about March 22, 2021, in Madison County, within the Southern District of Illinois, the District of New Jersey, and elsewhere,

**AASHISH JAIN,
M. ESHWAR RAO
a/k/a "Kevin Meyers," and
MOISES A. SANABRIA.**

did conspire and agree together and with others, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute controlled substances, to wit: N-(1-Phenethylpiperidin-4-yl)-N-phenylfuran-2-carboxamide (Furanyl Fentanyl), a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), with intent for human consumption, and Tapentadol, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846.

## COUNT 3
### MONEY LAUNDERING CONSPIRACY

Beginning in or around January 2021, and continuing until in or around October 2021, in Madison County, within the Southern District of Illinois, and elsewhere,

**AASHISH JAIN and
MOISES SANABRIA,**

defendants herein, did conspire and agree with others, known and unknown to the Grand Jury, to commit certain offenses: conduct and attempt to conduct a financial transaction affecting interstate commerce that involved the proceeds of a specified unlawful activity, to wit: distribution of controlled substances, knowing the transaction was designed in whole or in part to disguise the

nature, location, source, ownership, or control of the proceeds of the specified unlawful activity and that while conducting or attempting to conduct such financial transaction knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); all in violation of Title 18, United States Code, Section 1956(h).

A TRUE BILL

*(signature)*
DANIEL T. KAPSAK
Assistant United States Attorney

ALMA SUMMERS
Digitally signed by ALMA SUMMERS
Date: 2022.10.16 22:09:41 -05'00'
for
RACHELLE AUD CROWE
United States Attorney

Recommended Bond: Detention as to JAIN and RAO.

$10,000 unsecured bond as to SANABRIA.